ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C ATLANTA
OCT 2 6 2010
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL INDICTMENT |
| v. : | NO. |
| HECTOR EMETERIO AVILA FUENTES, : a/k/a Roberto Robles Palacios : a/k/a Mario Jesus Baez Ortiz : | 1 10-CR-456 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 30, 2010, in the Northern District of Georgia, the defendant, HECTOR EMETERIO AVILA FUENTES, a/k/a Roberto Robles Palacios, a/k/a Mario Jesus Baez Ortiz, did knowingly and willfully falsely represent himself to be a citizen of the United States by presenting as his own a United States passport and a United States Customs and Border Protection Customs Declaration (CBP Form 6059B), in the name of another person, MARIO JESUS BAEZ ORTIZ, when in fact he was not a citizen of the United States, in violation of Title 18, Unites States Code, Section 911.

### COUNT TWO

On or about August 30, 2010, in the Northern District of Georgia, the defendant, HECTOR EMETERIO AVILA FUENTES, a/k/a Roberto Robles Palacios, a/k/a Mario Jesus Baez Ortiz, did willfully and knowingly use and attempt to use passport No. 458805259, issued under the authority of the United States, the

issuance of which defendant secured by reason of a false statement made in the application therefore, to wit, defendant falsely stated that his name was Mario Jesus Baez Ortiz, which said passport the defendant used and attempted to use to gain entry into the United States at the Hartsfield-Jackson International Airport, in violation of Title 18, United States Code, Section 1542.

## FORFEITURE PROVISION

Upon conviction of the offenses alleged in Count Two of this Indictment, defendant HECTOR EMETERIO AVILA FUENTES, a/k/a Roberto Robles Palacios, a/k/a Mario Jesus Baez Ortiz, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6)(a)(ii), any and all property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly, as a result of the offenses and any an all property, real or personal, used or intended to be used to facilitate the commission of offenses, including, but not limited to, the following:

(a) $200.00 in United States currency.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A _True_ BILL

_Amanda S Varel_
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_Zahra S Karinshak_

ZAHRA S. KARINSHAK
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
404/581-6181 (facsimile)
Georgia Bar No. 407911

3